**GOTTLIEB & ASSOCIATES**
ATTORNEYS

150 E. 18th St., Suite PHR • New York, NY 10003
Tel (212) 228-9795 • Fax (212) 982-6284
NYJG@aol.com

**VIA ECF**

December 18, 2019

The Honorable Katherine Polk Failla
United States District Court Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

**Re: Camacho v. Vanderbilt University**
Civil Case No.: 1:18-cv-10694

Dear Judge Failla,

The undersigned represents Jason Camacho, on behalf of himself and all other persons similarly situated ("Plaintiff") in the above-referenced matter. We write jointly with Defendant Vanderbilt University ("Defendant") to advise that the parties have reached a settlement in principle. Accordingly, they respectfully request that: (1) all motions, deadlines, conferences and all other matters in this action be held in abeyance; and (2) this action be dismissed *with prejudice* with the right to re-open in thirty (30) days if the parties have not consummated the settlement agreement by that date. Defendant's Motion to Dismiss was filed on June 24, 2019 (Dkt. 22) and Plaintiff's opposition was filed on June 28, 2019 (Dkt. 29).

We appreciate the Court's time and attention to this matter.

Respectfully yours,

Gottlieb & Associates

*s/ Jeffrey M. Gottlieb, Esq.*
Jeffrey M. Gottlieb, Esq.

cc: All counsel via ECF